IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUBERT HUDSON, ET AL., | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-1611 |
| | ) |
| McKEESPORT POLICE CHIEF, ET AL., | ) |
| Defendants. | ) |

<u>ORDER</u>

AND NOW, this 10th day of June, 2006, IT IS HEREBY ORDERED that plaintiffs shall file an amended complaint in the instant case on or before June 30, 2006.

BY THE COURT:

_____, J.

cc:   Hubert Thornton Hudson
      60H Crawford Village
      McKeesport, PA 15132