**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HUBERT HUDSON, | ) CIVIL ACTION |
| | ) |
| Plaintiff, | ) No: 05-1611 |
| | ) |
| v. | ) |
| | ) U.S. District Judge Gary L. Lancaster |
| McKEESPORT POLICE CHIEF, MAYOR | ) |
| BREWSTER, DENNIS WYN, CITY OF | ) |
| McKEESPORT POLICE DEPARTMENT, | ) **ELECTRONICALLY FILED** |
| | ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, this 1ST day of _July_ , 2008,

upon consideration of Defendants' Response to Rule to Show Cause why default should not be

entered against them for failure to defend, and taking into consideration Defendants request for

an enlargement of time to file an appropriate response to the Complaint, the Court ordersa s

follows:

1. the Rule to Show Cause is hereby seta side; and

2. Defendants shall file an appropriate response Plaintiff's Complaint on or before
   ~~August~~ 31, 2008.
   July

3. Plaintiff's Motion for Entry of Default [document #26] is denied.

BY THE COURT:

United States District Judge Gary L. Lancaster