IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HUBERT HUDSON, ET AL., )
    Plaintiffs, )
)
v. ) Civil Action No. 05-1611
)
McKEESPORT POLICE CHIEF, )
ET AL., )
    Defendants. )

ORDER

AND NOW, this 15th day of August, 2008, upon consideration of plaintiff Hubert Hudson's Motion to Quash Defendants' Motion to Dismiss, IT IS HEREBY ORDERED that the motion is DENIED.

BY THE COURT:

_____, J.

cc: All parties of record