U.S. District Court
69/for
Western District of Pennsylvania

Hubert T. Hudson
v.
McKeesport Police
et/

AND NOW, this 26th DAY OF Jan 09, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

/s/ Gary L. Lancaster
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

Civil Action
No. 05-1611
Re: 06-4099

FILED
JAN 23 2009
CLERK U.S. DISTRICT COURT
WST. DIST. OF PENNSYLVANIA

## Writ of Mandamus

Now comes Plaintiff, Hubert T. Hudson, in the above case, Hudson, avers, that Defendants, claim(s) be, dropped, and, Plaintiff's, action, against them granted, to, Plaintiff, monetary value granted plus tort, in excess, of, 1.5 millions (more). The, lower, court, gave, to, Defendants extra privlodge(s), extra time, while, ~~indoubt~~ in Devault, more than, once, dismissed my case, more than, once, if, this, court read, court record(s), upper court decision(s) Defendants, are out of, pocket, and should be, treated, as, such, I'm, homeless, for these reason(s) notice, several, addresses, because of, Defendants,